## (October 7, 1957)

■ SARAH GOLD, Respondent, v. CRITERION PORTER & WINDOW CLEANING SERVICE CORPORATION, Appellant, and F. W. WOOLWORTH CO., Defendant and Third-Party Plaintiff. HYGIENE SHOWER CURTAIN MANUFACTURING CO., INC., Third-Party Defendant.— Motion to amend order dated April 22, 1957, and for other relief, denied, with $10 costs. Present— Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 3 A D 2d 859.]

■ In the Matter of the COUNTY OF NASSAU, Respondent, Relative to Acquiring Title to Real Property for Highway, Drainage and Other Purposes on South Oyster Bay Road, Town of Oyster Bay, Nassau County. MADELINE A. WILL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 782.]

■ In the Matter of GRACE NATIONAL BANK OF NEW YORK, Respondent. MICHAEL P. GRACE, II, as a Member of the Committee of the Property of JANET M. GRACE, an Incompetent, Appellant; REAL PROPERTY OWNERS, INC., Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 783.]

■ In the Matter of the Application of LOUIS J. LAWRENCE.— Motion to vacate order of disbarment. The motion is referred to Honorable FRANCIS G. HOOLEY, Official Referee, for the purpose of (a) taking proof as to the several matters alleged in the affidavit of John F. Coffey, Esq., sworn to September 12, 1957 and (b) reporting to this court, together with the Referee's findings and recommendations. The motion will be held in abeyance pending the receipt of the Referee's report. Present— Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ TRUSTEES OF FREEHOLDERS AND COMMONALTY OF THE TOWN OF EAST HAMPTON, Respondent, v. JOSEPH DE ANGELIS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 752.]